JEFFREY R. ALBREGTS, ESQ.
Nevada Bar No. 0066
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
jalbregts@nevadafirm.com
    and
Jeffrey Kurtzman, Esquire
KLEHR | HARRISON | HARVEY | BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103
Telephone: (215) 569-4493
Facsimile: (215) 568-6603
jkurtzman@klehr.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ELECTRO RENT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>VITO LONGO,<br><br>Defendants. | CASE NO: 2:11-cv-01817-PMP-RJJ<br><br>**DEFAULT JUDGMENT** |

THIS MATTER having come before the Court pursuant to Plaintiff's Motion for Entry of Default Judgment, and the Court having reviewed the pleadings and papers submitted in support thereof, and defendant Vito Longo having failed to appear in this action or otherwise respond to plaintiff's Complaint, and the time for appearing or responding having duly expired and defendant Vito Longo's Default having been already duly entered herein on December 29, 2011,

09401-01/836140

good cause appearing, Judgment is hereby entered against Defendant Vito Longo, pursuant to FRCP 55(b), as follows:

1. In the amount of $876,142.93, plus prejudgment interest from the date due, or from the date of service of the Summons and Complaint on defendant Vito Longo.

2. For the imposition of a constructive trust on and/or over any and all assets of defendant Vito Longo, exclusive of attorney's fees and costs, in the amount of $876,142.93.

3. For an award of reasonable attorneys' fees and costs in the amount of $5,352.50 in prosecuting this action. Electro Rent shall file its statement of fees and costs incurred in this action, supporting affidavit and supporting exhibits within fourteen (14) days of entry of this Default Judgment, in accordance with LR 54-16.

IT IS HEREBY ORDERED.

DATED __ January 3, 2012.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

09401-01/836140