JEFFREY R. ALBREGTS, ESQ.
Nevada Bar No. 0066
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
jalbregts@nevadafirm.com
    and
Jeffrey Kurtzman, Esquire
KLEHR | HARRISON | HARVEY |
BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103
Telephone:  (215) 569-4493
Facsimile:  (215) 568-6603
jkurtzman@klehr.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELECTRO RENT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>VITO LONGO,<br><br>Defendants. | CASE NO: 2:11-cv-01817-PMP-RJJ<br><br>**ORDER AWARDING<br>ATTORNEY'S FEES AND COSTS** |

Pursuant to the application of plaintiff and Local Rule 54-16, as well as the Default Judgment already entered by this Court herein on January 3, 2012, good cause appearing, it is hereby

ORDERED, ADJUDGED and DECREED that in addition to the Default Judgment entered herein in favor of plaintiff Electro Rent Corporation against defendant Vito Longo in the amount of $876,142.93, and the attorney's fees already awarded by this Court to plaintiff in the

09401-01/843791

1  amount of $5,352.50 (in paragraph 3 of that Default Judgment) plaintiff is hereby also awarded
2  additional fees and costs in the amount of $ 2,615.50  , for a total judgment and award of
3  attorney's fees and costs in the amount of $ 7,968.00  .
4      IT IS HEREBY ORDERED.

DATED January 19 , 2012.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

09401-01/843791