1  JAMES PATRICK SHEA, ESQ.
   Nevada Bar No. 405
2  SCOTT D. FLEMING, ESQ.
   Nevada Bar No. 5638
3  ARMSTRONG TEASDALE LLP
   3770 Howard Hughes Parkway, Suite 200
4  Las Vegas, Nevada 89169
   Telephone:  702.678.5070
5  Facsimile:  702.878.9995
   Email: jshea@armstrongteasdale.com
6          sfleming@armstrongteasdale.com

7  *Counsel for Plaintiff, Electro Rent Corporation*

8                     **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10  ELECTRO RENT CORPORATION,                CASE #: 2:11-cv-01817-RFB-NJK

11          Plaintiff,
                                             **JUDGMENT AGAINST LONGO
12          v.                               PROPERTIES, LLC**

13  VITO LONGO,

14          Defendant.

15      THIS MATTER having come before the Court pursuant to *Application for Entry of Judgment*

16  *Against Longo Properties, LLC for Failure to Respond to Writ of Garnishment* (the "Application")

17  by Electro Rent Corporation, ("Plaintiff").  The Court reviewed the pleadings and papers submitted

18  in support of the Application, and it appears garnishee Longo Properties, LLC failed to respond to a

19  properly served Writ of Garnishment.  Pursuant to Fed. R. Civ. P. 69(a) and Nev. Rev. Stat. 31.320,

20  Judgment is entered against Longo Properties, LLC as follows:

21      1.      In the amount of $876,142.93, plus prejudgment interest from the date due, or from

22  the date of service of the Summons and Complaint on Defendant Vito Longo.

23      2.      For an award of reasonable attorneys' fees in the amount of $5,352.50 and costs in the

24  amount of $2,615.50 in prosecuting this action.

25      IT IS HEREBY ORDERED.

26      DATED: ___September 1_____, 2015       _____

27                                                   RICHARD F. BOULWARE, II
                                                     United States District Judge

28

                                             1